## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**ROBERT HALF INTERNATIONAL INC.,**

     **Plaintiff,**

**v.**                           **Case No.  8:07-cv-1688-T-30EAJ**

**JAMES W. PARKER, JR., et al.,**

     **Defendants.**

_____/

### ORDER OF DISMISSAL

     Before the Court is the Plaintiff's Dismissal With Prejudice (Dkt. #4).  In accordance with same, it is **ORDERED AND ADJUDGED** as follows:

     1.     This cause is dismissed with prejudice.

     2.     All pending motions are denied as moot.

     3.     The Clerk is directed to close this case.

     **DONE** and **ORDERED** in Tampa, Florida on December 7, 2007.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2007\07-cv-1688.dismissal 4.wpd